**SO ORDERED.**

**SIGNED this 28 day of June, 2022.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

| | |
|---|---|
| **STEPHEN BRADLEY HALFERTY,** | **CASE NO. 22-00101-5-DMW** |
| DEBTOR | CHAPTER 13 |

| | |
|---|---|
| **EVER-SEAL, INC.,** | |
| PLAINTIFF | |
| v. | **ADVERSARY PROCEEDING** |
| | **NO. 20-00050-5-DMW** |
| **STEPHEN BRADLEY HALFERTY,** | |
| DEFENDANT | |

**PRETRIAL SCHEDULING ORDER**

Based upon the information obtained from the preliminary pretrial report filed on June 23, 2022,

IT IS HEREBY ORDERED ADJUDGED AND DECREED as follows that:

1. Each party shall be allowed interrogatories and depositions as set by the Federal Rules of Bankruptcy Procedure;

2. The deadline for filing a Motion to Withdraw Reference is July 22, 2022;

3. The deadline for filing amendments to pleadings or joinder of additional parties is August 5, 2022;

4. The deadline for Rule 26(a)(1) disclosures made applicable by Rule 7026 of the Federal Rules of Bankruptcy Procedure is August 5, 2022;

5. The deadline for expert witness disclosures pursuant to Rule 26(a)(2) made applicable by Rule 7026 of the Federal Rules of Bankruptcy Procedure shall be as follows:

   a. by August 26, 2022 for Plaintiff;
   b. by September 9, 2022 for Defendant;
   c. by September 23, 2022 for Plaintiff rebuttal;

6. All discovery shall be completed by September 30, 2022;

7. All motions shall be filed by October 7, 2022;

8. The pretrial order is due by October 21, 2022;

9. The final pre-trial conference shall be held by telephone as follows:

   **DATE:** October 24, 2022
   **TIME:** 10:00 a.m.

   To join the conference call, please dial 1-877-873-8017 and enter the access code 4198712#. If asked, please do not join the conference call as the host, instead press the # key and wait for the conference to begin. The AT&T operator will ask you to state your name when the conference is about to begin.

   Counsel shall prepare for the pretrial conference pursuant to Local Bankruptcy Rule No. 7016-1, EDNC and shall be fully prepared to present to the court all information and documentation necessary for completion of the pretrial order.

10. The parties do not agree that all matters related to this proceeding may be heard by the bankruptcy court or that the bankruptcy court may enter final judgment in this matter.

    The parties do not consent to the court entering final orders or judgment as to any non-core issues. This court will submit proposed findings of fact and conclusions of law to the District Court.

11. The trial of this adversary proceeding will be provided by later notice.

END OF DOCUMENT