**SO ORDERED.**

**SIGNED this 6 day of October, 2022.**



_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STEPHEN BRADLEY HALFERTY,** | ) | Case No. 22-00101-5-DMW |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| **EVER-SEAL, INC.,** | ) | |
| | ) | |
| Plaintiff. | ) | Adv. Proc. No. 20-00050-5-DMW |
| v. | ) | |
| | ) | |
| **STEPHEN BRADLEY HALFERTY** | ) | |
| **d/b/a DURASEAL,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER MODIFYING PRETRIAL SCHEDULING ORDER

THIS MATTER came before the Court upon the Joint Motion to Modify Pretrial Scheduling Order, with the consent of both Plaintiff and Defendant, to modify portions of the Pretrial Scheduling Order [Doc. 27] (the "Motion"). The Court, finding that the relief requested in the Motion is reasonable, necessary, and in the best interests of all Parties, that Plaintiff and Defendant have consented to the terms of this Order, and sufficient cause appearing therefore; it is **ORDERED** as follows:

1. The Motion is **GRANTED.**

2. The deadlines and schedule set forth in the Court's Pretrial Scheduling Order [Doc. 27] are hereby stayed and extended as set forth below.

3. The following extended deadlines shall apply to the Adversary Proceeding:

   A. All discovery shall be completed by December 20, 2022.

   B. All motions shall be filed by January 12, 2023.

   C. The pretrial order is due by January 19, 2023.

   D. The final pre-trial conference shall be held by telephone as follows:

   DATE: January 23, 2023

   TIME: 10:15 a.m.

To join the conference call, please dial 1-877-873-8017 and enter the access code 4198712#. If asked, please do not join the conference call as the host, instead press the # key and wait for the conference to begin. The AT&T operator will ask you to state your name when the conference is about to begin.

Counsel shall prepare for the pretrial conference pursuant to Local Bankruptcy Rule No. 7016-1, EDNC and shall be fully prepared to present to the court all information and documentation necessary for completion of the pretrial order.

END OF DOCUMENT