AP–024 Order Continuing Conference – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:  
Stephen Bradley Halferty  
    Debtor(s)

Bankruptcy Case No.:  
22–00101–5–DMW

Ever–Seal, Inc.  
    Plaintiff(s)  
    vs.  
Stephen Bradley Halferty  
    Defendant(s)

Adversary Proceeding No.:  
22–00050–5–DMW

## ORDER RESCHEDULING CONFERENCE

IT IS ORDERED that the final pretrial conference is rescheduled as indicated below:

DATE:    Monday, January 23, 2023  
TIME:    10:15 AM

The conference will involve the following parties:

Judge David M. Warren  
Brian Anderson  
Travis Sasser

To join the conference call, please dial 1–877–873–8017, and enter the access code 4198712 # . If asked, please do not join the conference call as the host, instead, press the # key and wait for the conference to begin. The AT & T operator will ask you to state your name when the conference is about to begin.

DATED: October 6, 2022

                            David M. Warren  
                            United States Bankruptcy Judge