SO ORDERED.

SIGNED this 16 day of November, 2022.

_____
**David M. Warren**
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

| | |
|---|---|
| STEPHEN BRADLEY HALFERTY, | CASE NO. 22-00101-5-DMW |
| DEBTOR | CHAPTER 13 |

| | |
|---|---|
| EVER-SEAL, INC., | |
| PLAINTIFF | |
| v. | ADVERSARY PROCEEDING |
| | NO. 20-00050-5-DMW |
| STEPHEN BRADLEY HALFERTY, | |
| DEFENDANT | |

**AMENDED PRETRIAL SCHEDULING ORDER**

After the consolidation of Adversary Proceeding No. 22-00135-5-DMW, *Ever-Seal, Inc. v. Duraseal, Inc.* with the above-captioned adversary proceeding, and after the status conference held on October 25, 2022, the court amends the Pretrial Scheduling Order for the consolidated cases as provided herein.

IT IS HEREBY ORDERED ADJUDGED AND DECREED as follows that:

1. Each party shall be allowed interrogatories and depositions as set by the Federal Rules of Bankruptcy Procedure;

2. The deadline for filing amendments to pleadings or joinder of additional parties is December 9, 2022;

3. The deadline for Rule 26(a)(1) disclosures made applicable by Rule 7026 of the Federal Rules of Bankruptcy Procedure is December 30, 2022;

4. The deadline for expert witness disclosures pursuant to Rule 26(a)(2) made applicable by Rule 7026 of the Federal Rules of Bankruptcy Procedure shall be as follows:

   a. by January 20, 2023 for Plaintiff;
   b. by February 3, 2023 for Defendant;
   c. by February 17, 2023 for Plaintiff rebuttal;

5. All discovery shall be completed by April 7, 2023;

6. All motions shall be filed by April 21, 2023;

7. The pretrial order is due by April 28, 2023;

8. The final pre-trial conference shall be held by telephone as follows:

   **DATE:** May 1, 2023
   **TIME:** 9:30 a.m.

   To join the conference call, please dial 1-877-873-8017 and enter the access code 4198712#. If asked, please do not join the conference call as the host, instead press the # key and wait for the conference to begin. The AT&T operator will ask you to state your name when the conference is about to begin.

   Counsel shall prepare for the pretrial conference pursuant to Local Bankruptcy Rule No. 7016-1, EDNC and shall be fully prepared to present to the court all information and documentation necessary for completion of the pretrial order.

9. The parties do not agree that all matters related to this proceeding may be heard by the bankruptcy court or that the bankruptcy court may enter final judgment in this matter.

   The parties do not consent to the court entering final orders or judgment as to any non-core issues. This court will submit proposed findings of fact and conclusions of law to the District Court.

10. The trial of this adversary proceeding will be provided by later notice.

END OF DOCUMENT