# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Stephen Bradley Halferty
      Debtor(s)

Bankruptcy Case No.:
22−00101−5−DMW

Ever−Seal, Inc.

      Plaintiff(s)
      vs.
Stephen Bradley Halferty
      Defendant(s)

Adversary Proceeding No.:
22−00050−5−DMW

## ORDER CONTINUING CONFERENCE

IT IS ORDERED that the final pretrial conference is continued as indicated below:

DATE:    Tuesday, September 12, 2023
TIME:    10:00 AM
PLACE:  300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

DATED: June 2, 2023

                                          David M. Warren
                                          United States Bankruptcy Judge