**SO ORDERED.**

**SIGNED this 12 day of September, 2023.**

_____

**David M. Warren**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: | |
| STEPHEN BRADLEY HALFERTY | CASE NO.  22-00101-5-DMW |
| DEBTOR | CHAPTER 13 |
| | |
| EVER-SEAL, INC., | |
| PLAINTIFF | |
| v. | ADVERSARY PROCEEDING |
| | NO.  22-00050-5-DMW |
| STEPHEN BRADLEY HALFERTY, | |
| DEFENDANT | |

### AMENDED PRETRIAL SCHEDULING ORDER

Based upon the hearing held on September 12, 2023,

IT IS HEREBY ORDERED ADJUDGED AND DECREED as follows:

1.  All discovery shall be completed by October 31, 2023;

2.  All pretrial motions shall be filed by November 10, 2023;

END OF DOCUMENT