**AP–009** Notice to Creditors and Other Parties in Interest – Rev. 11/25/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE:<br>Stephen Bradley Halferty<br>    Debtor(s) | Bankruptcy Case No.:<br>22–00101–5–DMW |
| Ever–Seal, Inc.<br>    Plaintiff(s)<br>    vs.<br>Stephen Bradley Halferty<br>    Defendant(s) | Adversary Proceeding No.:<br>22–00050–5–DMW |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:    Tuesday, October 31, 2023
TIME:    11:00 AM
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Defendant's First Motion for Preliminary Evidence Ruling Rule of Evidence 104 filed by Garrett L Davis on behalf of Stephen Bradley Halferty

and to transact all other business as may properly come before the court.

DATED: October 17, 2023

                                                          Stephanie J. Butler
                                                          Clerk of Court