**SO ORDERED.**

**SIGNED this 31 day of October, 2023.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

| | |
|---|---|
| STEPHEN BRADLEY HALFERTY | CASE NO. 22-00101-5-DMW |
| DEBTOR | CHAPTER 13 |

| | |
|---|---|
| EVER-SEAL, INC., | |
| PLAINTIFF | |
| v. | ADVERSARY PROCEEDING |
| | NO. 22-00050-5-DMW |
| STEPHEN BRADLEY HALFERTY, | |
| DEFENDANT | |

### AMENDED PRETRIAL SCHEDULING ORDER

Based upon the hearing held on October 31, 2023,

IT IS HEREBY ORDERED ADJUDGED AND DECREED as follows:

1. All discovery shall be completed by February 29, 2024;

2. All pretrial motions shall be filed by March 15, 2024;

3. The final pre-trial conference shall be held by telephone as follows:

   DATE:  March 25, 2024
   TIME:  9:30 a.m.

To join the conference call, please dial 1-877-873-8017 and enter the access code 4198712#. If asked, please do not join the conference call as the host, instead press the # key and wait for the conference to begin. The AT&T operator will ask you to state your name when the conference is about to begin.

END OF DOCUMENT