IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br><br>  STEPHEN BRADLEY HALFERTY,<br><br>  Debtor. | Case No. 22-00101-5-DMW |
| EVER-SEAL, INC.,<br><br>  Plaintiff/Counter-Defendant,<br><br>v.<br><br>STEPHEN BRADLEY HALFERTY, d/b/a DURASEAL,<br><br>  Defendant/Counter-Claimant. | Adv. Proc. No. 22-00050-5-DMW<br><br>JURY DEMAND |

**EVER-SEAL, INC.'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL**

On October 27, 2023, Defendant Stephen Bradley Halferty filed "Defendant's First Motion to Compel." (Doc. 95). In that motion, Mr. Halferty requested a "court order that requires Plaintiff Ever-Seal, Inc. to. produce any documents or records it has that are responsive to Defendant's Rule 34 Document Requests electronically and/or via mail, courier, or designated delivery service." (*Id.* at 2). Based on the hearing held with the Court on October 31, 2023, and for the sake of avoiding another hearing and unnecessary litigation, Ever-Seal, Inc. has agreed to produce the previously identified responsive documents electronically to Defendant's counsel. In agreeing to do so, Ever-Seal, Inc. does not intend to waive any rights. Accordingly, Ever-Seal, Inc. respectfully requests that the motion to compel be denied as moot.

Submitted this 7th day of November, 2023.

                              FOX ROTHSCHILD LLP

                              By: /s/ *Kip D. Nelson*
                                    Kip D. Nelson
                                    N.C. State Bar No. 43848
                                    Brian R. Anderson
                                    N.C. State Bar No. 37989
                                    230 N. Elm St., Suite 1200
                                    Greensboro, NC 27401
                                    knelson@foxrothschild.com
                                    branderson@foxrothschild.com
                                    Tel: (336) 378-5200

                              *Attorneys for Ever-Seal, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 22-00101-5-DMW |
| STEPHEN BRADLEY HALFERTY, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| EVER-SEAL, INC., | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) Adv. Proc. No. 22-00050-5-DMW |
| v. | ) |
| | ) JURY DEMAND |
| STEPHEN BRADLEY HALFERTY, d/b/a DURASEAL, | ) |
| | ) |
| Defendant/Counter-Claimant. | ) |

## CERTIFICATE OF SERVICE

I certify that on November 7, 2023, I served a copy of the foregoing response via ECF to:

    Garrett L. Davis, Esq.
    Law Office of Garrett Davis
    555 S. Magnum St., Ste. 100
    Durham, NC 27701
    gd@garrettdavislaw.com

    FOX ROTHSCHILD LLP

    By: /s/ *Kip D. Nelson*
        Kip D. Nelson
        N.C. State Bar No. 43848
        230 N. Elm St., Suite 1200
        Greensboro, NC 27401
        knelson@foxrothschild.com
        Tel: (336) 378-5200

    *Attorneys for Ever-Seal, Inc.*