# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE:<br>Stephen Bradley Halferty<br>　　　Debtor(s) | Bankruptcy Case No.:<br>22–00101–5–DMW |

| | |
|---|---|
| Ever–Seal, Inc.<br>　　　Plaintiff(s)<br>　　　vs.<br>Stephen Bradley Halferty<br>　　　Defendant(s) | Adversary Proceeding No.:<br>22–00050–5–DMW |

### NOTICE OF CONTINUED HEARING

NOTICE IS HEREBY GIVEN that the previously scheduled hearing has been continued and will be held as indicated below:

DATE:　　Thursday, January 4, 2024
TIME:　　10:00 AM
PLACE:　　300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Motion to Compel filed by Garrett L Davis on behalf of Stephen Bradley Halferty

and to transact all other business as may properly come before the court.

DATED: November 21, 2023

　　　　　　　　　　　　　　　　　　　　Stephanie J. Butler
　　　　　　　　　　　　　　　　　　　　Clerk of Court